## The People of the State of Illinois, Defendant in Error, v. Peter Goldsand, Plaintiff in Error.

### Gen. No. 22,974.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed October 9, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Peter Goldsand, defendant, for neglecting to support his wife, in destitute circumstances, in violation of the statute relating to the abandonment by a husband of his wife or children in destitute circumstances (J. & A. ¶ 3431). From a judgment of guilty, defendant brings error.

ISRAEL COWEN and MAX LUSTER, for plaintiff in error.

MACLAY HOYNE, for defendant in error; JOHN F. CASHEN, JR., of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

HUSBAND AND WIFE, § 274*—*when burden of proof to establish offense in neglecting to support wife in destitute circumstances not satisfied.* In a criminal prosecution of a husband for neglecting to support his wife, in destitute circumstances, in violation of the statute relating to the abandonment by a husband of his wife or children in destitute circumstances (J. & A. ¶ 3431), the burden of proof resting upon the People to establish the offense is not satisfied without proof that the neglect was "without cause," as such words of the statute constitute an essential element of the offense.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.